**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6132

DANIEL WILLIAM JAMISON,

Plaintiff - Appellant,

v.

CHADWICK DOTSON, Director, Virginia Department of Corrections; MARK AMONETTE, M.D., Chief Medical Officer; NATARCHA GREGG, M.S.A., RD., State Wide Dietician; TAMMY WILLIAMS, Warden; J. D. OATES, Assistant Warden; ALVIN HARRIS, MD; M. BLAIR, Operations Manager; DR. GUREL; MRS. HARRIS, Operations Manager; PAUL OHAI, Doctor, M.D.; ANCILLA ROUGIER, a/k/a Rozier; IMPROTA, Assistant Food Service Director; INGRAM-HARRIS, Assistant Food Service Director; D. HUDSON, Ombudsman; BILLUPS, Ombudsman; RASHEED, G.I. Specialist, M.D.; J. SCHNUR, Registered Nurse, Health Authority; DR. K. SHARMA; MRS. COSBY; MRS. OSEGHALE,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:22-cv-00425-MHL-MRC)

Submitted:  June 25, 2024                                    Decided:  June 28, 2024

Before RICHARDSON and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Daniel W. Phoenix, Appellant Pro Se.  Grace Morse-McNelis, FRITH, ANDERSON & PEAKE, PC, Glen Allen, Virginia; Rosalie Fessier, Brittany Elizabeth Shipley, TIMBERLAKE SMITH, Staunton, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel W. Phoenix,[*] a Virginia inmate, appeals the district court's order dismissing his 42 U.S.C. § 1983 action without prejudice for failure to follow court orders. We have reviewed the record and discern no abuse of discretion. *Attkisson v. Holder*, 925 F.3d 606, 620 (4th Cir. 2019) (stating standard of review). Accordingly, we affirm the district court's order. *Jamison v. Dotson*, No. 3:22-cv-00425-MHL-MRC (E.D. Va. Jan. 23, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] After filing this action, Appellant changed his surname from "Jamison" to "Phoenix."

3